# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.  
Trustee  
Bonnie Baker, Esq.  
Assoc. Attorney

Telephone: (518) 449-2043  
Facsimile: (518) 449-2473

For payments Only:  
P.O Box 1918  
Memphis, TN 38101-1918

December 10, 2010

Bankruptcy Court  
James T. Foley U.S. Courthouse  
445 Broadway, Suite 306  
Albany, New York 12207

Re:   09-10316              ConnieBeth Myers

To Whom It May Concern:

Enclosed please find check #922090 in the amount of $952.62. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 11 |
| Account# | 3617 |
| Creditor | Chase Bank USA, NA<br>POB 15415<br>Wilmington, DE 19850 |

RECEIVED & FILED  
DEC 2 2 2010  
OFFICE OF THE BANKRUPTCY CLERK  
ALBANY, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning  
Office of Andrea Celli